ACCEPTED
05-18-00582-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/21/2018 8:55 AM
LISA MATZ
CLERK

# No. 05-18-00582-CV

## IN THE FIFTH COURT OF APPEALS
## DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/21/2018 8:55:25 AM

LISA MATZ
Clerk

## IN RE TOYOTA MOTOR SALES, U.S.A., INC., AND TOYOTA MOTOR CORPORATION
### Relators.

Original Proceeding from the 134th District Court
Dallas County, Texas, Trial Court Cause No. DC-16-15296,
Honorable Dale Tillery, Presiding

## EMERGENCY MOTION FOR TEMPORARY RELIEF

James W. Halbrooks, Jr.
Texas Bar No. 24045354
James.Halbrooks@bowmanandbrooke.com
Suzanne H. Swaner
Texas Bar No. 90001631
Suzanne.Swaner@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
5830 Granite Park, Suite 1000
Plano, Texas 75024
T. 972.616.1700  F. 972.616.1701

Victor Vital
Texas Bar No. 00794798
victor.vital@btlaw.com
Elizabeth Brandon
Texas Bar No. 24049580
ebrandon@btlaw.com
BARNES & THORNBURG LLP
2100 McKinney Ave, Suite 1250
Dallas, Texas 75201-6908
T. 214.258.4200  F. 214.258.4199

Allyson N. Ho
Texas Bar No. 24033667
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
allyson.ho@morganlewis.com
T. 214.466.4000  F. 214.466.4001

Winstol D. Carter, Jr.
Texas Bar No. 03932950
winn.carter@morganlewis.com
Claire Swift Kugler
Texas Bar No. 00797530
claire.kugler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T. 713.890.5000  F. 713.890.5001

*Counsel for Relators*

## IDENTITIES OF PARTIES AND COUNSEL

The following constitutes a list of all parties to the cause below and the names and addresses of all counsel:

**Relators (Defendants in the Trial Court):**

Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation

**Counsel for Relators:**

James W. Halbrooks, Jr.
Texas Bar No. 24045354
James.Halbrooks@bowmanandbrooke.com
Suzanne H. Swaner
Texas Bar No. 90001631
Suzanne.Swaner@bowmanandbrooke.com
BOWMAN AND BROOKE LLP
5830 Granite Park, Suite 1000
Plano, Texas 75024
T. 972.616.1700  F. 972.616.1701

Victor Vital
Texas Bar No. 00794798
victor.vital@btlaw.com
Elizabeth Brandon
Texas Bar No. 24049580
ebrandon@btlaw.com
BARNES & THORNBURG LLP
2100 McKinney Ave, Suite 1250
Dallas, Texas 75201-6908
T. 214.258.4200  F. 214.258.4199

Allyson N. Ho
Texas Bar No. 24033667
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
allyson.ho@morganlewis.com
T. 214.466.4000  F. 214.466.4001

Winstol D. Carter, Jr.
Texas Bar No. 03932950
winn.carter@morganlewis.com
Claire Swift Kugler
Texas Bar No. 00797530
claire.kugler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T. 713.890.5000  F. 713.890.5001

**Respondent:**

Honorable Dale Tillery
Judge, 134th District Court
Dallas County, Texas

**Real Parties In Interest (Plaintiffs in the Trial Court):**

Benjamin Thomas Reavis and
Kristi Carol Reavis, individually and as next friends of
E.R. and O.R., minor children

**Counsel For Real Parties In Interest:**

Frank L. Branson
Texas Bar No. 02899000
Eric T. Stahl
Texas Bar No. 00794685
Eugene A. "Chip" Brooker, Jr.
Texas Bar No. 24045558
THE LAW OFFICES OF FRANK L. BRANSON, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas  75205
T.  214.522.0200  F.  214.521.5485

**Other Parties (Defendants in the Trial Court):**

Michael Steven Mummaw
Mark Howell

**Counsel For Defendant Michael Steven Mummaw and Mark Howell:**

Jonathan Manning
Texas Bar No. 12947200
LAW OFFICES OF GALLERSON & YATES
2110 Walnut Hill Lane, Suite 200
Irving, Texas 75038
T.  972.580.1249  F. 855.614.6695

Relators Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (together, "Toyota") move for emergency temporary relief pending this Court's disposition of their Petition for Writ of Mandamus. TEX. R. APP. P. 52.10. Emergency relief is immediately necessary because the trial court has refused to extend its stay of the discovery order at issue beyond today, May 18, 2018. MR574.

The discovery order provides that, after conducting a search using "Plaintiffs' proposed formulation," **"Toyota shall have seven days in which to review the responsive documents** to determine whether any materials should be withheld from production because they are privileged. . . ." MR386. Toyota must therefore seek emergency temporary relief to avoid responding to invasive, overbroad discovery requests. TEX. R. APP. P. 10.3(a)(3) (requiring court of appeals to determine motion at least ten days after filing unless "the motion is an emergency").

Toyota respectfully requests that this Court stay Respondent's[*] order requiring Toyota to give Plaintiffs:

- Direct access to its electronic database systems without first making the evidentiary showing required by *In re Weekley Homes*, 295 S.W.3d 309 (Tex. 2005) (orig. proceeding);

- Discovery that exceeds what is permitted by the rules of procedure by requiring Toyota to translate documents normally maintained in Japanese into English, contrary to the rule that parties need only produce documents as kept "in the usual course of business," *In re Colonial Pipeline Co.*, 968 S.W.2d 938, 942

---

[*] Respondent is the Honorable Dale Tillery of the 134th District Court of Dallas County, Texas.

3

(Tex. 1998) (orig. proceeding); and

- Discovery that is irrelevant, overbroad, and disproportional because it is unlimited in scope, time, and subject matter, contrary to the rule that "overbroad requests for irrelevant information are improper whether they are burdensome or not, *In re Nat'l Lloyds Ins. Co.*, 449 S.W.3d 486, 488 (Tex. 2014) (per curiam) (orig. proceeding).

Respondent signed the order—which was unilaterally submitted by the Real Parties in Interest and entered in its entirety by Respondent—on May 4, 2018, denied reconsideration of the order on May 14, 2018, and declined to extend the stay requested by Toyota beyond today, May 18, 2018. MR380-386, 565, 574.

Toyota respectfully requests that this Court enter a stay until this original proceeding is finally decided. *See* Tex. R. App. P. 52.10(a). Toyota attaches a proposed order to this Motion.

The temporary relief requested by Toyota is necessary to preserve this Court's jurisdiction to address the important issues raised in Toyota's mandamus petition, which is being filed concurrently with this motion. This case involves the discovery of electronically stored information—an area the Texas Supreme Court has warned is particularly susceptible to invasive, overbroad discovery requests. *Weekley Homes*, 295 S.W.3d at 316, 317. In particular, it involves ordering the producing party to allow the requesting party *direct access* to its information databases—a drastic measure the Texas Supreme Court has held cannot be allowed unless the requesting party makes an evidentiary showing that the producing party "defaulted

4

in its obligations to search its own records." *Weekley Homes*, 295 S.W.3d at 309.

Emergency relief is needed because without it, Plaintiffs will gain what is tantamount to direct access to Toyota's information databases—a grave intrusion that will be impossible to undo once it occurs and would effectively insulate the trial court's order from meaningful appellate review. MR586. Emergency relief is therefore necessary and appropriate not only to prevent irreparable harm to Toyota, but also to protect this Court's jurisdiction to review the order at issue. At the same time, the requested stay will cause little, if any, harm to the Real Parties in Interest.

This Court entered a stay on virtually indistinguishable facts in *In re VERP Inv., LLC*, 457 S.W.3d 255 (Tex. App.—Dallas 2015, orig. proceeding), when it granted VERP's emergency motion to stay an order that was entered by the Respondent here and similarly allowed direct access in violation of *Weekley Homes*. *In re VERP*, No. 05-15-00023-CV, Tex. App.—Dallas 2015, orig. proceeding, (Jan. 9, 2015 Order). The Court later conditionally granted VERP's petition. 457 S.W.3d at 260. Just as it was in *VERP*, a stay is warranted here, as well.

For all these reasons, Relators pray that this Court grant their Emergency Motion for Temporary Relief and stay Respondent's order until Toyota's mandamus petition is resolved.

Dated: May 21, 2018

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Allyson N. Ho*

James W. Halbrooks, Jr.
Texas Bar No. 24045354
James.Halbrooks@bowmanand
brooke.com
Suzanne H. Swaner
Texas Bar No. 90001631
Suzanne.Swaner@bowmanand
brooke.com
BOWMAN AND BROOKE LLP
5830 Granite Park, Suite 1000
Plano, Texas 75024
T. 972.616.1700
F. 972.616.1701

Victor Vital
Texas Bar No. 00794798
victor.vital@btlaw.com
Elizabeth Brandon
Texas Bar No. 24049580
ebrandon@btlaw.com
BARNES & THORNBURG LLP
2100 McKinney Ave, Suite 1250
T. 214.258.4200
F. 214.258.4199

Allyson N. Ho
Texas Bar No. 24033667
MORGAN, LEWIS & BOCKIUS LLP
1717 Main Street, Suite 3200
Dallas, Texas 75201
allyson.ho@morganlewis.com
T. 214.466.4000
F. 214.466.4001

Winstol D. Carter, Jr.
Texas Bar No. 03932950
winn.carter@morganlewis.com
Claire Swift Kugler
Texas Bar No. 00797530
claire.kugler@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
T. 713.890.5000
F. 713.890.5001

6

**CERTIFICATE OF COMPLIANCE**

As required by Texas Rule of Appellate Procedure 52.10(a), I certify that I have notified counsel for all parties that the foregoing motion would be filed by expedited means—*i.e.*, by email or telephone, on May 21, 2018.

*/s/ Allyson N. Ho*
Allyson N. Ho

## CERTIFICATE OF SERVICE

As required by Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d), (e), and 52.7(c), I certify that a copy of the foregoing motion was served on all parties and counsel by email or fax on May 21, 2018:

Frank L. Branson
Texas Bar No. 02899000
Eric T. Stahl
Texas Bar No. 00794685
Eugene A. "Chip" Brooker, Jr.
Texas Bar No. 24045558
THE LAW OFFICES OF FRANK L. BRANSON, P.C.
Highland Park Place
4514 Cole Avenue, 18th Floor
Dallas, Texas  75205
T.  214.522.0200
F.  214.521.5485

***Counsel for Plaintiffs/Real Parties in Interest***

Jonathan Manning
Texas Bar No. 12947200
LAW OFFICES OF GALLERSON & YATES
2110 Walnut Hill Lane, Suite 200
Irving, Texas 75038
T.  972.580.1249  F. 855.614.6695
Liberty Mutual

***Counsel for Defendants Michael Steven Mummaw and Mark Howell***

The Honorable Dale Tillery
Judge, 134th District Court of Dallas County, Texas
George L. Allen, Sr. Courts Bdg.
600 Commerce Street
Dallas, Texas 75202

***Respondent***

  /s/ Allyson N. Ho
Allyson N. Ho